8 So.2d 896

**STATE v. Mary H. DENSON.**

**STATE v. Alma GOEHLER.**

**STATE v. W. A. DENSON.**

**STATE v. DENSON & KILPATRICK.**

**6 Div. 928–942.**

Supreme Court of Alabama.

Apr. 16, 1942.

J. Edw. Thornton, Asst. Atty. Gen., for appellant.

Wm. D. Denson and Denson & Kilpatrick, all of Birmingham, for appellees.

704

PER CURIAM.

Judgments reversed pursuant to agreement on file.